UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE GARDNER,

                    Plaintiffs,

VS.                                                CIVIL ACTION NO.  13-11530

                                                   HON. GEORGE CARAM STEEH
                                                   UNITED STATES DISTRICT JUDGE

CITY OF DETROIT,

                    Defendant.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

    IT IS HEREBY ORDERED that this case is closed for administrative purposes

without prejudice.  This closing does not constitute a dismissal or a decision on the merits.

    IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this

case may be reopened on motion of any party.


Dated:  July 25, 2013

                                   s/George Caram Steeh
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk